Susan Jennings *v.* Squire Jennings.

The abandonment, by a man, of his wife and family, and his refusal to render them any assistance whatever, is not sufficient cause, under the statute, for granting a divorce to the wife.

Petition for divorce, assigning, as cause, the cruel, gross and wanton refusal of the petitionee, without cause, to support the petitioner.

The facts in the case were, in substance, that the petitioner was in feeble health and had two children, of whom the petitionee was the father. The petitionee was without property, but was able by his labor to support his family; but since May, 1841, he had abandoned them, refusing to render them any assistance whatever.

The Court refused to grant the divorce on the same ground, substantially, as in the case of *Mandigo* v. *Mandigo*, 15 Vt. 786.